## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYLLA, Aliou,                                          :
                                                       :
                    Petitioner,                        :
                                                       :
        v.                                             :
                                                       :        CIVIL ACTION
JAMISON, J.L., Warden, Federal Detention               :
Center, Philadelphia; RIFE, John E., Acting            :
Field Office Director, Immigration and                 :
Customs Enforcement, Enforcement and                   :        No. 26-4699
Removal Operations, Philadelphia Field                 :
Office; MULLIN, Markwayne, Secretary of                :
the Department of Homeland Security;                    :
BLANCHE, Todd, Acting U.S. Attorney                    :
General; U.S. DEPARTMENT OF                            :
HOMELAND SECURITY; EXECUTIVE                           :
OFFICE FOR IMMIGRATION REVIEW,                         :
                                                       :
                    Respondents.                       :

## ORDER

**AND NOW, t**his 9th day of July, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez